UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| ALFONSO JACKSON, | CASE NO.  3:09-CV-0383-HDM-RAM |
| Plaintiff(s), | MINUTES OF THE COURT |
| vs. | DATED: SEPTEMBER 23, 2010 |
| GREGORY MARTIN, et al., | |
| Defendant(s). | |

PRESENT: HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

Deputy Clerk: JENNIFER COTTER      Reporter: FTR: 2:27:17 p.m. - 2:33:55 p.m.

Counsel for Plaintiff(s): ALFONSO JACKSON, In Pro Per

Counsel for Defendant(s): CRYSTAL WILLIS

**PROCEEDINGS: TELEPHONIC HEARING RE MOTION TO EXCEED COPY LIMIT**

2:27 p.m. Court convenes.

Plaintiff advises the Court of the reason for which he needs an increase in his copy limit.  IT IS ORDERED that the Motion to Exceed Copy Limit (Docket #11) is GRANTED.  Plaintiff's copy limit shall be increased by **$50.00**.

Plaintiff is further advised to file a request with the Court when he reaches a point in the case where he needs to attach copies of his medical records to any pleadings.

2:33 p.m.  Court adjourns.

LANCE S. WILSON, CLERK

By: /s/

Deputy Clerk